UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 18-cr-20431
Hon. Matthew F. Leitman

v.

KENYEL DAYSHAWN COLES, JR.,

    Defendant.
_____/

# ORDER DENYING MOTION FOR BOND (ECF #20)

On December 6, 2018, Counsel for Defendant filed a Motion for Bond (the "Motion"). (*See* ECF ## 20). The Court held a hearing on the Motion on December 18, 2018. For the reasons stated on the record at the hearing, **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

    /s/Matthew F. Leitman
    MATTHEW F. LEITMAN
    UNITED STATES DISTRICT JUDGE

Dated: December 18, 2018

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 18, 2018, by electronic means and/or ordinary mail.

    s/Holly A. Monda
    Case Manager
    (810) 341-9764